UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NICHOLAS COTTRELL,

      Defendant.
_____/

Case No. 1:05:CR:194

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed November 23, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Nicholas Cottrell's plea of guilty to Count One of the Indictment is accepted. Defendant Nicholas Cottrell is adjudicated guilty.

3. Defendant Nicholas Cottrell shall be detained pending sentencing.


Dated: December 8, 2005

          /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE